# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

DATE: October 12, 1999

CARIBBEAN FORMS                             CIVIL NO. 97-1980 (DRD)

Plaintiffs

v.

PAUL KARON AND HIS WIFE DANA
WEISS KARON

Defendants

---

**BY ORDER OF THE COURT**, this case is set for Status Conference on **October 27, 1999 at 5:00 P.M.** before Hon. Daniel R. Domínguez.

COURTROOM DEPUTY

s/c: Miguel A. Bonilla, Esq.
     Charles Cuprill, Esq.