# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

DATE: October 27, 1999

CARIBBEAN FORMS

    Plaintiffs

**CIVIL  NO. 97-1980  (DRD)**

v.

PAUL KARON, et al.

    Defendants

---

**BY ORDER OF THE COURT**, Status Conference scheduled for today is re-set for

**Monday,  November 1, 1999 at 4:00 P.M.**   before Honorable Daniel R. Domínguez.

COURTROOM DEPUTY

PARTIES NOTIFIED BY TELEPHONE & MAIL:

Charles Cuprill, Esq.
Miguel Bonilla, Esq.

4