UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**    DATE: November 1, 1999
**CIVIL NO. 97-1980 (DRD)**
LAW CLERK: Nathan J. Schulte

===============================================================

|  |  |
|---|---|
|  | Attorney: |
| CARIBBEAN FORMS, | Miguel **BONILLA-SIERRA** |
|   Plaintiff, |  |
| v. |  |
| PAUL KARON, et al., | Charles **CUPRILL-HERNANDEZ** |
|   Defendants. |  |

===============================================================

A STATUS CONFERENCE was held today. The parties advised the Court as to the status of the case. The covenant not to compete clause is no longer at issue. The Court strongly believes this case can be settled. Therefore, the Court grants the parties fifteen (15) days to fully explore settlement.

A SETTLEMENT CONFERENCE is hereby scheduled for **November 16, 1999 at 4:30 p.m.**

The parties are advised that should this case not settle within the allotted fifteen (15) days the pretrial conference will be held within ninety (90) days and trial will follow thirty (30) days thereafter. Also, the trial for this case may be presided over by a visiting judge.

_____
LAW CLERK

s/c: Counsel of record
P:\FINALORDERS\97-1980 MEM