# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

DATE: November 24, 1999

CARIBBEAN FORMS

    Plaintiffs

**CIVIL NO. 97-1980 (DRD)**

v.

PAUL KARON, et al.

    Defendant

**BY ORDER OF THE COURT**, the Settlement Conference not held on November 16, 1999 due to hurricane "Lenny" is hereby re-set for **December 2, 1999 at 5:00 P.M.** before Honorable Daniel R. Domínguez.

_____
COURTROOM DEPUTY

PARTIES NOTIFIED BY TELEPHONE & MAIL:

Miguel Bonilla, Esq.
Charles De Mier, Esq.