UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**  DATE: December 7, 1999
**CIVIL NO. 97-1980 (DRD)**
LAW CLERK: Nathan J. Schulte

===========================================================================

|  |  |
|---|---|
|  | Attorney: |
| CARIBBEAN FORMS, | Miguel **BONILLA-SIERRA** |
|    Plaintiff, |  |
| v. |  |
| PAUL KARON, et al., | Charles **CUPRILL-HERNANDEZ** |
|    Defendants. |  |

===========================================================================

A SETTLEMENT CONFERENCE was held today. The parties advised the Court that they are close to reaching a settlement. Therefore, the Court grants the parties ten (10) days to further explore settlement.

A FURTHER SETTLEMENT CONFERENCE is hereby scheduled for **December 17, 1999 at 4:00 p.m.**

Again, the parties are advised that should this case not settle within the allotted ten (10) days the pretrial conference will be held within ninety (90) days and trial will follow thirty (30) days thereafter. Also, the trial for this case may be presided over by a visiting judge.

                                                         Nathan J. Schulte
                                                         LAW CLERK

s/c: Counsel of record
P:\MINUTES\97-1980A.MEM

*Courtroom Depty*

(44)