UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**                         DATE: December 17, 1999
**CIVIL NO. 97-1980 (DRD)**
LAW CLERK: Nathan J. Schulte

===========================================================================

|  |  |
|---|---|
|  | Attorney: |
| CARIBBEAN FORMS, | Miguel **BONILLA-SIERRA** |
|    Plaintiff, |  |
| v. |  |
| PAUL KARON, et al., | Charles **CUPRILL-HERNANDEZ** |
|    Defendants. |  |

===========================================================================

    A FURTHER SETTLEMENT CONFERENCE was held today. The parties reached a settlement during the conference. Briefly on the settlement agreement, the parties agreed that on a final settlement figure of $45,000.00 to be paid by the Defendants: $10,000.00 to be paid by December 31, 1999 or the signing of the settlement agreement, whichever occurs first; and the remaining $35,000.00 to be paid by February 29, 2000. Should the Defendants fail to timely comply with the settlement payment schedule and terms the Defendants will have to pay $80,000.00 in settlement. Also, the Court shall retain jurisdiction over this case to ensure compliance with the settlement agreement.

    Therefore, the Court **GRANTS** the parties **until December 29, 1999** to finalize the settlement documents and file them with the Court.

                                                                   LAW CLERK

s/c: Counsel of record
P \MINUTES\97-1980A MEM