UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CARIBBEAN FORMS MANUFACTURERS, INC.,
    v.
PAUL KARON, et al.

CASE NUMBER: 97-1980 (DRD)

## ORDER

The parties filed a Joint Motion Informing Settlement Agreement on December 29, 1999, requesting the Court to dismiss with prejudice the present action, including Defendants' counterclaim, pursuant to FED. R. CIV. P. 41(a)(1)(ii). The parties further request that the Court retain jurisdiction for enforcement of compliance with the settlement agreement. The Court **GRANTS** the Plaintiff's request and **DISMISSES** this case in its entirety **WITH PREJUDICE**, without imposition of costs or attorney fees. However, the Court shall retain jurisdiction to ensure compliance with the settlement agreement. Judgment shall be entered accordingly.
IT IS SO ORDERED.

Date: December 29, 1999

P:\PEACHORD.ERS\97-1980A.DIS

DANIEL R. DOMINGUEZ
U.S. District Judge

Rec'd:            EOD:

By:            #  47