UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
99 DEC 30 AM 8:20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

CARIBBEAN FORMS MANUFACTURERS, INC.,
    v.
PAUL KARON, et al.

CASE NUMBER: 97-1980 (DRD)

## JUDGMENT

In accordance with the Order of this same date, the Court pursuant to FED. R. CIV. P. 41(a)(1)(ii) **GRANTS** the parties' Joint Motion Informing Settlement Agreement, and therefore this case is **DISMISSED WITH PREJUDICE** and without imposition of costs or attorney fees. The Court shall retain jurisdiction to ensure compliance with the settlement agreement.
IT IS SO ADJUDGED AND DECREED.

Date: December 29, 1999

DANIEL R. DOMINGUEZ
U.S. District Judge

P:\PEACHORD.ERS\97-1980A.DIS

Rec'd:    EOD:

By: _____  # 48